

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| Mark A. Beall, | § | No. 08-16-00213-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | County Court at Law No. 2 |
| | § | |
| Central City Austin Church, | | of Travis County, Texas |
| | § | |
| Appellee. | | (TC# C-1-CV-16-004298) |
| | § | |

# **O R D E R**

Pending before the Court is Appellant's motion to recognize an unreliable and discredited witness. In the motion, Appellant challenges the veracity of a witness. The motion is denied. The Court will review the issues presented on appeal under the appropriate standards of review and based on the appellate record.

IT IS SO ORDERED this 3rd day of May, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.